PETER SELVIN (SBN 094710)
PSELVIN@LOEB.COM
MELANIE HOWARD (SBN 218895)
MHOWARD@LOEB.COM
LOEB & LOEB LLP
10100 Santa Monica Boulevard, Suite 2200
Los Angeles, California 90067-4120
Telephone: 310-282-2000
Facsimile: 310-282-2200

Attorneys for Plaintiff
ALETHEIA RESEARCH & MANAGEMENT, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALETHEIA RESEARCH & MANAGEMENT, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>ALETHIA RESEARCH, LLC, an Ohio limited liability company; WOODY CALLERI, an individual; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. CV 07-08219 JFW (MANx)<br><br>Assigned to Hon. John F. Walter<br><br>NOTICE OF SETTLEMENT<br><br>Trial Date: November 4, 2008 |

TO THIS HONORABLE COURT:

PLEASE TAKE NOTICE THAT Plaintiff Aletheia Research and Management, Inc. and defendants Gregory Calleri dba Woody Calleri (hereinafter "Calleri") and Alethia Research, LLC (collectively, the "Parties") have reached a settlement. The parties have filed a Stipulated [Proposed] Permanent Injunction and Consent Judgment as well as a Stipulation To Dismiss Case. Accordingly, the parties respectfully request that this Court vacate all dates now calendared in connection with this matter.

Dated: April 23, 2008                    Respectfully submitted,

LA1762100.1
210384-10004

NOTICE OF SETTLEMENT (CV 07-08219 JFW(MANx))

1  LOEB & LOEB LLP
2  PETER SELVIN
   MELANIE HOWARD
3
4  By: /s/  Melanie Howard
       Melanie Howard
5      Attorneys for Plaintiff
       ALETHEIA RESEARCH &
6      MANAGEMENT, INC.

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28