PETER SELVIN (SBN 094710)                          JS6
PSELVIN@LOEB.COM
MELANIE HOWARD (SBN 218895)
MHOWARD@LOEB.COM
LOEB & LOEB LLP
10100 Santa Monica Boulevard, Suite 2200
Los Angeles, California 90067-4120
Telephone:  310-282-2000
Facsimile:  310-282-2200

Attorneys for Plaintiff
ALETHEIA RESEARCH &
MANAGEMENT, INC.

JOHN R. YATES (SBN 120344)
JYATES@GREENBASS.COM
GREENBERG & BASS LLP
16000 Ventura Boulevard, Suite 1000
Encino, California 91436-2730
Telephone:  818-382-6200
Facsimile:  818-986-6534

Attorneys for Defendants
ALETHIA RESEARCH, LLC and
WOODY CALLERI

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALETHEIA RESEARCH AND MANAGEMENT, INC., a California corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ALETHIA RESEARCH, LLC, an Ohio limited liability company; WOODY CALLERI, an individual; and DOES 1-10, inclusive,<br><br>　　　　Defendants. | Case No.  CV 07-08219 JFW (MANx)<br><br>Assigned to Hon. John F. Walter<br><br>ORDER RE: CONSENT JUDGMENT AND PERMANENT INJUNCTION<br><br>Trial Date:　　　November 4, 2008 |

Plaintiff Aletheia Research and Management, Inc. and defendants Gregory

Calleri dba Woody Calleri (hereinafter "Calleri") and Alethia Research, LLC

[PROPOSED] ORDER RE CONSENT
JUDGMENT AND PERMANENT
INJUNCTION (CV 07-08219 JFW(MANx))

1 | (collectively, the "Parties") having stipulated to having stipulated to the entry of this
2 | Consent Judgment and Permanent Injunction,

3 |      IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

4 | **FINDINGS**

5 |     1.     This Court has jurisdiction of the subject matter of this action and the
6 | parties hereto.

7 |     2.     Plaintiff is the owner of the intellectual property rights, including
8 | trademark rights, associated with the name "ALETHEIA" in connection with
9 | financial services.

10 |     3.     Plaintiff's trademark is protectible, and Plaintiff has obtained federal
11 | registration of the mark "ALETHEIA" with the United States Patent and Trademark
12 | Office (U.S. Reg. No. 2,346,821).

13 |     4.     On September 16, 2005, Plaintiff filed with the U.S. Patent &
14 | Trademark Office a Combined Declaration of Use and Incontestability in connection
15 | with its "ALETHEIA" trademark U.S. Reg. No. 2,346,821.

16 |     5.     Plaintiff ALETHEIA filed a Complaint for Trademark Infringement
17 | and other claims (the "Complaint") on or about December 18, 2007 against Alethia
18 | and its owner Woody Calleri ("Calleri").

19 |     6.     Alethia and Calleri have been duly served with the Complaint.

20 |     7.     Alethia has, or within a matter of days will have, affirmatively
21 | abandoned Application Serial No. 77092129 for the mark "ALETHIA" in the
22 | United States Patent and Trademark Office.

23 |     8.     Alethia has agreed to stipulate to the relief sought as set forth herein.

24 | **PERMANENT INJUNCTION**

25 |     1.     Except as provided in paragraph 2 hereof, Alethia and each of its
26 | agents, servants, employees, successors and assigns,  including, but not limited to,
27 | Calleri, and all those acting in concert or participation with them, are hereby
28 |

1  permanently enjoined from engaging in or performing directly or indirectly any and
2  all of the following acts:

3          (a)     Doing business (including marketing, advertising and promoting
4  their products or services) using the name Alethia, or any other mark that is
5  confusingly similar to Plaintiff's "ALETHEIA" mark, including without limitation,
6  use in any domain name or website meta tags;

7          (b)     Using any false designation of origin or false description which
8  leads, or is likely to lead, the public or individual members thereof to believe that
9  their products or services are associated with, sponsored or endorsed by, or
10 otherwise refer or relate to Plaintiff's company or financial services;

11         (c)     Infringing Plaintiff's rights in its registered mark relating to
12 "ALETHEIA" financial services as that mark is described in the Complaint; or

13         (d)     Assisting, aiding or abetting any other person or business entity
14 in engaging in or performing any of the activities referred to in subparagraphs (a)-
15 (c) above at any time.

16     2.     Alethia will not be in violation of this Permanent Injunction and
17 Consent Judgment if it uses the name "Alethia" up to July 15, 2008 solely on
18 invoices or related documents for the purpose of billing existing clients for products
19 and services it has previously provided, or for the purpose of sending emails to or
20 receiving emails from existing clients.

21     3.     The Court shall retain personal jurisdiction over Alethia and Calleri and
22 shall retain subject matter jurisdiction of this action for purposes of enforcement of
23 this Judgment and the Settlement Agreement dated as of April 3, 2008 which has
24 been entered into by the parties to this action.

25 / / /
26 / / /
27 / / /
28

4.     The clerk is directed to enter this Judgment forthwith without the necessity of any further order of this court.


Dated: April 24, 2008

JOHN F. WALTER
UNITED STATES DISTRICT COURT JUDGE